Form ntcdsm1

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURTS
### Eastern District of Michigan

Case No.: **14−30631−dof**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Andrew J. Garno
   7465 Grove Street
   Swartz Creek, MI 48473

Social Security No.:
   xxx−xx−9009

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal Re: Per Order Dated 6/5/14** was entered on **6/25/14**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 6/25/14

                            BY THE COURT

                            Katherine B. Gullo , Clerk of Court
                            UNITED STATES BANKRUPTCY COURT