Form ntcdsm1

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **14−30631−dof**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Andrew J. Garno
   7465 Grove Street
   Swartz Creek, MI 48473

Social Security No.:
   xxx−xx−9009

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal Re: Per Order Dated 6/5/14** was entered on **6/25/14**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 6/25/14

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT

```
                        United States Bankruptcy Court
                         Eastern District of Michigan
In re:                                                       Case No. 14-30631-dof
Andrew J. Garno                                              Chapter 11
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0645-4      User: jmcfa              Page 1 of 2        Date Rcvd: Jun 25, 2014
                          Form ID: ntcdsm          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2014.
dbpos          Andrew J. Garno,    7465 Grove Street,    Swartz Creek, MI  48473
22710326      +Chrysler Capital,    Po Box 961275,    Ft Worth, TX 76161-0275
22710329      +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,
                Grand Rapids, MI 49546-6253
22800475      +Fifth Third Bank,    PO Box 9013,    Addison, TX 75001-9013
22710332       First Merit Bank,    295 First Merit Cir,    Akron, OH 44307
22710331       First Merit Bank,    Attention: Bankruptcy,    Iii Cascade Plaza,    Akron, OH 44308
22710330      +First Merit Bank,    328 S Saginaw St,    Flint, MI 48502-1923
22710333      +Flint Area Sheet Metal Workers 7-4,    c/o Steven F. Spender, P.C.,    2352 Stonebridge Dr Bldg H,
                Flint, MI 48532-5406
22807367      +Flint Area Sheet Metal Workers Fringe Ben. Funds,    c/o Craig E. Zucker,
                400 Galleria Officentre, #444,    Southfield, MI 48034-2162
22710334       Garno Brothers Heating & Cooling Co.,    7465 Grove Street,    Swartz Creek, MI 48473
22710335      +Greenstone,    375 Jackson Street,    Saint Paul, MN 55101-2537
22710337      +Mich Dept. of Treasury,    Dept. 77437,    Detroit, MI 48277-0001
22710338      +Pennington Farm Drainage,    5231 Six Mile Creek,    Corunna, MI 48817-9721
22710339      +U.S. Attorney's Office,    600 Church St., 2nd Floor,    Attn: Robert Haviland,
                Flint, MI 48502-1200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22710326      +EDI: CHRM.COM Jun 25 2014 21:58:00      Chrysler Capital,    Po Box 961275,
                Ft Worth, TX 76161-0275
22710327      +E-mail/Text: bankruptcy_notices@cmsenergy.com Jun 25 2014 22:09:44      Consumers Energy,
                Lansing, MI 48937-0001
22710328      +E-mail/Text: nicole.challender@elgacu.com Jun 25 2014 22:09:14      El-ga Credit Union,
                Attn: Bankruptcy Dept.,    2303 South Center Road,    Burton, MI 48519-1147
22710336       EDI: IRS.COM Jun 25 2014 21:58:00      IRS - SBSE/Insolvency Unit,    Box 330500- Stop 15,
                Detroit, MI 48232
22817837      +E-mail/Text: rayr1@michigan.gov Jun 25 2014 22:10:01      Michigan Department of Treasury,
                Bankruptcy Unit,    PO Box 30168,    Lansing, MI 48909-7668,    517-241-5002
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2014 at the address(es) listed below:
          Craig E. Zucker    on behalf of Creditor    Flint Area Sheet Metal Workers Fringe Benefit Funds
             czucker@ermanteicher.com
          Dianne S. Ruhlandt    on behalf of Plaintiff    Flint Area Association of Sheet Metal Contractors
             druhlandt@ermanteicher.com
          Dianne S. Ruhlandt    on behalf of Plaintiff    Flint Area Sheet Metal Workers 7-4 Health Care Fund
             druhlandt@ermanteicher.com
          Dianne S. Ruhlandt    on behalf of Plaintiff    Flint Area Sheet Metal Workers Local 7-4 Pension
             Fund druhlandt@ermanteicher.com
          Dianne S. Ruhlandt    on behalf of Plaintiff    Flint Area Sheet Metal Joint Apprenticeship Fund
             druhlandt@ermanteicher.com
          Dianne S. Ruhlandt    on behalf of Plaintiff    National Training Fund druhlandt@ermanteicher.com
          Dianne S. Ruhlandt    on behalf of Creditor    Flint Area Sheet Metal Workers Fringe Benefit Funds
             druhlandt@ermanteicher.com
          Dianne S. Ruhlandt    on behalf of Defendant    Flint Area Sheet Metal Workers Fringe Benefit Funds
             druhlandt@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Dianne S. Ruhlandt    on behalf of Plaintiff    Sheet Metal Workers International Association, Local 7, Zone 4 druhlandt@ermanteicher.com
         J. Joseph Purtell    on behalf of Creditor    GreenStone Farm Credit Services, ACA jjpurtell@lpsmlaw.com, starpeas99@gmail.com
         J. Joseph Purtell    on behalf of Creditor    GreenStone Farm Credit Services, FLCA jjpurtell@lpsmlaw.com, starpeas99@gmail.com
         Jeffrey A. Chimovitz    on behalf of Plaintiff Andrew J. Garno jeffchimovitz@gmail.com
         Jeffrey A. Chimovitz    on behalf of Debtor In Possession Andrew J. Garno jeffchimovitz@gmail.com
         Julie Beth Teicher    on behalf of Creditor    Flint Area Sheet Metal Workers Fringe Benefit Funds jteicher@ermanteicher.com
         Mark J. Van Epps    on behalf of Creditor William  Pennington mvanepps@vaneppslaw.com, mowk@hotmail.com
         Moe  Freedman    on behalf of Creditor    State of Michigan Department of Treasury freedmanm1@michigan.gov
         Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
         Zachary R. Tucker    on behalf of Creditor    FirstMerit Bank, N.A. ztucker@winegarden-law.com, gherron@winegarden-law.com

                                                                                TOTAL: 18